# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASHIA SYMONE HICKLIN<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORP., CVS PHARMACY INC., CVS 3766 DACULA, L.L.C.<br><br>Defendants. | **Civil Case No.: 1:21-cv-00150** |

## JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ashia Symone Hicklin ("Hicklin") and Defendants CVS Health Corp. ("CVS Health"), CVS Pharmacy Inc. ("CVS Pharmacy") and CVS 3766 Dacula, L.L.C. ("CVS Dacula", collectively with CVS Health and CVS Pharmacy, "CVS") (CVS and Hicklin are collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate Claims and Dismiss Lawsuit, stating as follows:

1. The Parties have now agreed to submit all of the claims in this lawsuit to arbitration pursuant to the Parties' arbitration agreement, which Hicklin signed during her onboarding process at or around the start of her employment with CVS. (*See* Exhibit A).

2. The Parties therefore respectfully request that (a) this Court So Order that all of the claims in this lawsuit be submitted to binding non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be dismissed without prejudice.

| | |
|---|---|
| DATED: May 14, 2021 | ASHIA SYMONE HICKLIN |
| | By Her Attorneys, |
| | /s/ Rachel M. Haskell<br>Rachel M. Haskell (Pro Hac Vice)<br>The Law Office of Christopher Q. Davis<br>80 Broad Street, Suite 703<br>New York, New York 10004<br>646-430-7930<br>rhaskell@workingsolutionsnyc.com |
| | /s/ V. Edward Formisano<br>V. Edward Formisano (#5512)<br>Formisano & Company<br>100 Midway Place, Suite 1<br>Cranston, RI  02920<br>Phone: (401) 944-9691, Ext 115<br>Fax: (401) 944-9695<br>edf@formisanoandcompany.com |
| | CVS HEALTH CORP., CVS PHARMACY, INC., and CVS 3766 DACULA, L.L.C. |
| | By Their Attorneys, |
| | /s/ Raymond M. Ripple<br>Raymond M. Ripple (#6489)<br>Littler Mendelson, P.C.<br>One Financial Plaza, Suite 2205<br>Providence, RI 02903<br>401-824-2505<br>401-633-7160 (Fax)<br>rripple@littler.com |

SO ORDERED:

_____
District Judge Mary S. McElroy

____June_____, __3___, 2021